UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA CONSUELO GUZMAN GAVIDIA, AGRIPINA MAGANA CONTRERAS, and ROMAN VICTOROVICH FROLOV,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | CASE NO. C18-1884 RSM<br><br>STIPULATED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND REMAND TO USCIS |

**<u>JOINT STIPULATION</u>**

The parties stipulate that this matter may be dismissed without prejudice and without costs or fees to either party. The parties agree that USCIS adjudicate Plaintiffs Rosa Consuelo Guzman Gavidia's and Agripina Magana Contreras' I-485 Applications for Permanent Resident Status within one hundred and twenty days of the date of an order dismissing this matter. The parties agree that USCIS has adjudicated Plaintiff Roman Victorovich Frolov's I-485 Application for Permanent Resident Status and no further action is required on his application.

Stipulated Motion and Order of Dismissal
C18-1884 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated this 17th day of May, 2019. | Dated this 17th day of May, 2019. |
| 2 | Law Offices of Bart Klein | BRIAN T. MORAN |
| 3 | | United States Attorney |
| 4 | *s/ Bart Klein* | */s/ Michelle R. Lambert* |
| 5 | BART KLEIN, WSBA No. 10909 | MICHELLE R. LAMBERT, |
| 6 | Law Offices of Bart Klein | NYS#4666657 |
| 7 | 605 First Avenue South, Suite 500 | Assistant United States Attorney |
| 8 | Seattle, Washington 98104 | Western District of Washington |
| 9 | Phone: 206-624-3787 | United States Attorney's Office |
| 10 | Email: bart.klein@bartklein.com | 1201 Pacific Avenue, Suite 700 |
| 11 | | Tacoma, Washington 98402 |
| 12 | Attorney for Plaintiff | Phone: 253-428-3800 |
| 13 | | E-mail: michelle.lambert@usdoj.gov |
| 14 | | Attorneys for Defendants |

Stipulated Motion and Order of Dismissal
C18-1884 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to any party, and remanded to USCIS for the agency to adjudicate Plaintiff Rosa Consuelo Guzman Gavidia's and Plaintiff Agripina Magana Contreras' I-485 Applications for Permanent Resident Status within one hundred twenty days of the date of this order.

Dated this 21st day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion and Order of Dismissal
C18-1884 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970